ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General
State Bar No. 267308
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-6053
  Fax: (916) 324-8835
  E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant California Attorney General Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIELLE JAYMES, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 3:25-cv-02711-GPC-DEB<br><br>**OBJECTION TO NOTICE OF RELATED CASE**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Trial Date: None set<br>Action Filed: October 13, 2025 |

Pursuant to Civil Local Rule 40.1(g), Defendant Rob Bonta, in his official capacity as the Attorney General of the State of California respectfully submits the following objection to the Notice of Related Case filed in his action, ECF No. 2.

The Notice of Related Case argues that the instant action is related to *Renna v. Bonta*, Case No. 3:20-cv-2190-DMS-DEB. However, this case and *Renna* are not related.

///

///

///

Under Local Civil Rule 40.1, factors for related cases include whether the cases:

1. Arise from the same or substantially identical transactions, happenings, or events;
2. Involve the same or substantially the same parties or property;
3. Involve the same patent or the same trademark;
4. Call for determination of the same or substantially identical questions of law;
5. Involve a case that is refiled within one year of having previously been terminated by the Court; or,
6. Involve substantial duplication of labor if heard by different judges.

*See* Civ. L.R. 40.1(e).

As in *Renna*, this action concerns a challenge to a California statute under the Second Amendment, and there is some overlap between the parties in that case and here. But these similarities are insufficient to deem the instant action related to *Renna* under Rule 40.1(g). *See Harris v. Stonecrest Care Auto Ctr., LLC*, No. 04CV2593-LAB (LSP), 2008 WL 474388, at *1 (S.D. Cal. Feb. 20, 2008) (Burns, C.J.) (declining transfer of purportedly related case because, while "[t]he defendants in both cases are the same and the cases involve similar legal theories," "[t]he complaint [in the prior case] involves a different plaintiff and arises from different facts").

Most notably, the two cases do not "[a]rise from the same or substantially identical transactions, happenings or events." Civ. L.R. 40(e)(1). The instant action one of many pending Second Amendment cases challenging the constitutionality of a California law. This case concerns the constitutionality of a different statutory provision that was enacted to accomplish a different public-safety objective than the statutes at issue in *Renna*. Specifically, Plaintiffs here challenge the constitutionality of California Penal Code section 27595(a) which, subject to enumerated exceptions, prohibits licensed firearm dealers from selling certain semiautomatic pistols that can be readily converted to machineguns using common household tools. Cal. Penal Code § 27595; *see also id.* § 16885. ECF No. 1 at 1. *Renna*, in contrast, concerns the constitutionality of California's requirements that semiautomatic pistols sold in

1  the State include specific safety features to prevent accidental discharge (a
2  chamberload indicator and magazine disconnect mechanism) and assist with law
3  enforcement (microstamping capability).
4      Judicial resolution of the instant action will therefore involve consideration of
5  different legislative records, different facts, and potentially some different questions
6  of law than those at issue in *Renna*. *See* Civ. L.R. 40(e)(1), (4). Accordingly, relating
7  the two cases would not likely prevent a "substantial duplication of labor" (*id.*, 40(e)
8  6)) or substantially promote the interests of judicial economy.
9      For these reasons, Defendant respectfully objects to the Notice of Related Case
10 filed in this action.

Dated: October 21, 2025                    Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s/ Gabrielle Boutin*

GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendant California Attorney General Rob Bonta, in his official capacity*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Jaymes, Danielle, et al. v. Rob Bonta** | No. | **3:25-cv-02711-GPC-DEB** |

I hereby certify that on <u>October 21, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**OBJECTION TO NOTICE OF RELATED CASE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 21, 2025</u>, at Los Angeles, California.

| | |
|---|---|
| Cecilia Apodaca | */s/ Cecilia Apodaca* |
| Declarant | Signature |

SA2025305854
68016999