ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General
State Bar No. 267308
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant California Attorney General Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIELLE JAYMES, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>　　　　　　　　　　Defendant. | 3:25-cv-02711-GPC-DEB<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Trial Date: None set<br>Action Filed: October 13, 2025 |

　　Plaintiffs and Defendant respectfully submit this joint motion in accordance with Local Civil Rules 7.2 and 12.1 for an order extending the time for Defendant Attorney General Rob Bonta to file a response to the Complaint. They request a 30-day extension from **November 4 to December 4, 2025**.

　　Plaintiff served the Complaint on Defendant on October 14, 2025, and Defendants' response to the Complaint is therefore currently due on November 4. Defendant intends to file a motion to dismiss and Plaintiffs are evaluating whether to file a motion for preliminary injunction and/or a motion for summary judgment. An extension of time for Defendant to respond to the Complaint would provide the

1

parties with time to attempt to negotiate a briefing schedule for one or more of these motions.  The parties have therefore stipulated that Defendants' deadline may be extended 30 days to December 4, 2025.

    Good cause exists to grant the extension.  First, permitting the parties an opportunity to confer over a briefing schedule for Defendant's motion to dismiss (and potentially Plaintiffs' motion for preliminary injunction and/or motion for summary judgment) will promote efficiency because the parties' motions may be able to be consolidated into a single briefing schedule and hearing.  Second, this case involves a matter of significant public importance because the Complaint asserts a constitutional challenge to a California statute relating to firearms.  The parties believe the Court's and the public's interest would be best served by ensuring that the parties have sufficient time to prepare and present their arguments.

    The parties have submitted a proposed order adopting this extension.  They respectfully request that the Court issue that proposed order.

Dated:  October 31, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*

Dated:  October 31, 2025

BENBROOK LAW GROUP, PC

*s/Stephen M. DuVernay*
Bradley A. Benbrook
Stephen M. DuVernay
*Attorneys for Plaintiffs*

1
2
3    **SIGNATURE CERTIFICATION**
4        Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative
5    Policies and Procedures Manual, I hereby certify that the content of this document
6    is acceptable to, and I have obtained authorization to affix the electronic signatures
7    of, the above signatories to this document.
8
9    DATED: October 31, 2025            */s/ Gabrielle D. Boutin*
                                                    Gabrielle D. Boutin
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

| Case Name: | **Jaymes, Danielle, et al. v. Rob Bonta** | No. | **3:25-cv-02711-GPC-DEB** |
|---|---|---|---|

I hereby certify that on <u>October 31, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### *JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT*

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 31, 2025</u>, at Los Angeles, California.

| G. Agcaoili | */s/ G. Agcaoili* |
|---|---|
| Declarant | Signature |

SA2025305854