ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General
State Bar No. 267308
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant California Attorney General Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIELLE JAYMES, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>　　　　　　　　　　Defendant. | 3:25-cv-02711-GPC-DEB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Trial Date: None set<br>Action Filed: October 13, 2025 |

1  Plaintiffs and Defendant have submitted a Joint Motion to Extend Time to
2  Respond to the Complaint.  Having considered the Joint Motion, and good cause
3  appearing, the Court hereby grants the motion and extends Defendant's deadline to
4  respond to the Complaint from November 4 to December 4, 2025.
5  **IT IS SO ORDERED**

7  Dated: _____    _____
8                                                          Hon. Gonzalo P. Curiel
                                                           United States District Judge

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Jaymes, Danielle, et al. v. Rob Bonta** | No. | **3:25-cv-02711-GPC-DEB** |

I hereby certify that on <u>October 31, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

***PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT***

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 31, 2025</u>, at Los Angeles, California.

| | |
|---|---|
| G. Agcaoili | /s/ G. Agcaoili |
| Declarant | Signature |

SA2025305854