IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIELLE JAYMES, et al.,**<br><br>                                Plaintiffs,<br><br>      **v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>                                Defendant. | 3:25-cv-02711-GPC-DEB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[ECF No. 18] |

Plaintiffs and Defendant have submitted a Joint Motion to Extend Time to Respond to the Complaint. Having considered the Joint Motion, and good cause appearing, the Court hereby grants the motion and extends Defendant's deadline to respond to the Complaint from November 4 to December 4, 2025.

**IT IS SO ORDERED**

Dated: November 4, 2025

Hon. Gonzalo P. Curiel
United States District Judge