ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General
State Bar No. 267308
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-6053
  Fax: (916) 324-8835
  E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant California Attorney
General Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIELLE JAYMES, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 3:25-cv-02711-GPC-DEB<br><br>**ANSWER TO COMPLAINT**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Trial Date: None set<br>Action Filed: October 13, 2025 |

Defendant Attorney General Rob Bonta, in his official capacity, hereby responds to Plaintiffs' Complaint for Declaratory, Injunctive Relief, or Other Relief ECF No. 1 (Complaint), as follows.

### ANSWER TO ALLEGATIONS IN "INTRODUCTION"

1.      Paragraph 1 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself. To the extent admission or denial of the allegations is required, Defendant denies all allegations.

2.     Paragraph 2 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

3.     Paragraph 3 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

4.     Paragraph 4 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

5.     Paragraph 5 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

## **ANSWER TO ALLEGATIONS IN "PARTIES"**

6.     In response to the allegations in the main body of Paragraph 6 of the Complaint, Defendant admits that Plaintiff Jaymes has, as of the date of this Answer, a valid Certificate of Eligibility issued by the California Department of Justice Bureau of Firearms.  As to the remaining allegations.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

Answer to Complaint (3:25-cv-2711-GPC-DEB)

In response to footnote 1 of the Complaint, that footnote consists of legal argument and/or conclusions that do not require admission or denial. With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself. To the extent admission or denial of the allegations is required, Defendant denies all allegations.

7. In response to Paragraph 7 of the Complaint, Defendant admits that Plaintiff PWGG, L.P. is a California Limited Partnership and, as of the date of this Answer, is listed as a firearms dealer in the California Department of Justice's Centralized List of Firearms Dealers. The allegation that "[t]hese handguns are, as discussed below, banned for sale by the laws at issue here" consists of legal argument and/or conclusions that do not require admission or denial, but Defendant denies them to the extent a response is necessary. As to the remaining allegations, Defendant lacks knowledge or information sufficient to form a belief as to their truth and therefore denies them.

8. In response to the allegations in Paragraph 8 of the Complaint, Defendant admits that Plaintiff John Phillips, as of the date of this Answer, is "an individual licensee associated with PWG in California's DOJ's Centralized List of Firearms Dealers." As to the remaining allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

9. In response to the allegations in Paragraph 9 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

10. In response to the allegations in Paragraph 10 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

11. In response to the allegations in Paragraph 11 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

12. In response to Paragraph 12 of the Complaint, Defendant admits that he is "the Attorney General of the State of California, and is sued herein in his official capacity." Defendant admits that he is the "head of the California DOJ" and that he maintains an office in San Diego, California.

The remaining allegations in Paragraph 12 consist of legal argument and/or conclusions that do not require admission or denial. With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself. To the extent admission or denial of the allegations is required, Defendant denies the allegations.

### ANSWER TO ALLEGATIONS IN "JURISDICTION AND VENUE"

13. In response to Paragraph 13 of the Complaint, Defendant admits that this Court has subject matter jurisdiction. The remaining allegations consist of legal argument and/or conclusions that do not require admission or denial. With respect to any citation or quotation of a legal authority, that authority speaks for itself. To the extent admission or denial of the allegations is required, Defendant denies the allegations.

14. In response to Paragraph 14 of the Complaint, Defendant admits that this venue is proper. The remaining allegations consist of legal argument and/or conclusions that do not require admission or denial. With respect to any citation or quotation of a legal authority, that authority speaks for itself. To the extent admission or denial of the allegations is required, Defendant denies the allegations.

///

///

///

Answer to Complaint (3:25-cv-2711-GPC-DEB)

**ANSWER TO ALLEGATIONS IN "GENERAL ALLEGATIONS"**

15.     In response to the allegations in Paragraph 15 of the Complaint, Defendant admits that Assembly Bill 1127 was signed into law on October 10, 2025.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding the purpose of Plaintiffs' lawsuit and, therefore, denies them.  The remaining allegations in Paragraph 15 consist of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies the allegations.

16.     Paragraph 16 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

17.     Paragraph 17 and footnote 2 of the Complaint consist of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

18.     Paragraph 18 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

19.     Paragraph 19 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To

5

the extent admission or denial of the allegations is required, Defendant denies all allegations.

20.    Paragraph 20 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

21.    Paragraph 21 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

22.    Paragraph 22 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

23.    Paragraph 23 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

24.    Paragraph 24 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

**ANSWER TO ALLEGATIONS IN "CLAIMS FOR RELIEF /**

**FIRST CAUSE OF ACTION"**

25.     Defendant incorporates and reasserts his responses to paragraphs 1-24 of the Complaint.

26.     Paragraph 26 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

27.     Paragraph 27 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

28.     Paragraph 28 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

29.     Paragraph 29 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

30.     Paragraph 30 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To

7

the extent admission or denial of the allegations is required, Defendant denies all allegations.

31.    Paragraph 31 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

32.    Paragraph 32 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

33.    Paragraph 33 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

34.    Paragraph 34 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

35.    Paragraph 35 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

36. Paragraph 36 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself. To the extent admission or denial of the allegations is required, Defendant denies all allegations.

37. Paragraph 37 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself. To the extent admission or denial of the allegations is required, Defendant denies all allegations.

38. In response to the allegations in Paragraph 38 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

39. In response to the allegations in Paragraph 39 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

40. In response to the allegations in Paragraph 40 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

41. In response to the allegations in Paragraph 41 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

42. In response to the allegations in Paragraph 42 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

43. In response to the allegations in Paragraph 43 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

44.     In response to the allegations in Paragraph 44 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

45.     In response to the allegations in Paragraph 45 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

46.     In response to the allegations in Paragraph 46 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

47.     Paragraph 47 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

48.     Paragraph 48 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

49.     Paragraph 49 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any citation, quotation of, or reference to a legal authority, that authority speaks for itself.  To the extent admission or denial of the allegations is required, Defendant denies all allegations.

## ANSWER TO PRAYER FOR RELIEF

No response is required to Plaintiffs' prayer for relief.  To the extent Defendant is required to respond, he denies that Plaintiffs are entitled to any of the requested relief.

10

## DEFENSES

In addition to the foregoing admissions and denials, and without admitting any allegations contained in the Complaint, Defendant asserts the following defenses.

### FIRST DEFENSE

The Complaint, and each cause of action alleged therein, is barred by the doctrine of mootness.

### SECOND DEFENSE

The Complaint, and each cause of action alleged therein, fails to state a claim on which relief can be granted.

### THIRD DEFENSE

The Complaint, and each cause of action alleged therein, is barred as unripe.

### FOURTH DEFENSE

The Complaint, and each cause of action alleged therein, is barred because Plaintiffs lack standing.

### RESERVATION OF DEFENSES

The foregoing defenses are raised without waiver of any other defenses that might become known during this litigation. Defendant hereby reserves his right to amend or supplement their answer to assert any other related defenses.

### PRAYER OF DEFENDANT

WHEREFORE, Defendant prays that:

1. The Complaint, and all claims and prayers for relief therein, be denied in their entirety;

2. Plaintiffs take nothing from Defendant by this action;

3. Defendant be awarded its costs incurred in defending this action;

4. Defendant be awarded such further relief that the Court may deem just and proper.

Dated:  December 4, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*

12

# CERTIFICATE OF SERVICE

Case Name:   **Jaymes, Danielle, et al. v. Rob Bonta**          No.   **3:25-cv-02711-GPC-DEB**

I hereby certify that on <u>December 4, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## ANSWER TO COMPLAINT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 4, 2025</u>, at Los Angeles, California.


|  |  |
|---|---|
| Cecilia Apodaca | */s/ Cecilia Apodaca* |
| Declarant | Signature |

SA2025305854
68016999