IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIELLE JAYMES, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 3:25-cv-02711-GPC-DEB<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br><br>[ECF No. 27, 28] |

Plaintiffs and Defendant have submitted a joint motion to stay all proceedings and deadlines in this case. ECF Nos. 27, 28. Having considered the motion and for good cause appearing, the Court GRANTS the joint motion. Accordingly, all proceedings in this matter are hereby STAYED, and the scheduling order, ECF No. 26, and all deadlines therein are hereby VACATED. The parties should provide the Court with a joint status report within ninety (90) days of the issuance of this order.

**IT IS SO ORDERED.**

1

Dated:  March 27, 2026

Hon. Gonzalo P. Curiel
United States District Judge