IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIELLE JAYMES, et al.,** | 3:25-cv-02711-GPC-DEB |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| **v.** | [ECF No. 30] |
| **ROB BONTA, in his official capacity as Attorney General of California,** | |
| Defendant. | |

Upon consideration of the Parties' Joint Motion to Dismiss, and for good cause shown, the Motion is GRANTED. This action is hereby DISMISSED without prejudice. IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: April 13, 2026

Hon. Gonzalo P. Curiel
United States District Judge

1

3:25-cv-2711-GPC-DEB